IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RACHEL JENKINS                                                                               PLAINTIFF

v.                                  Case No. 1:21-cv-1016

MULE KICK, LLC, and
CHRISTY OUEI                                                       DEFENDANT

**ORDER**

Before the Court is Plaintiff's Notice of Dismissal.  ECF No. 7.  Plaintiff indicates that the parties have reached an agreement to resolve all claims in this matter.  The Court finds that no response is necessary and that the matter is ripe for consideration.

A plaintiff can dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant has not filed an answer or a motion for summary judgment in this matter.  Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for the purpose of maintaining the Court's docket.  Plaintiff requests that this matter be dismissed with prejudice, which a plaintiff is permitted to stipulate in a notice of dismissal under Rule 41(a)(1)(A)(i).  *See* Fed. R. Civ. P. 41(a)(1)(B).

This case is hereby **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.  The Court retains jurisdiction to vacate this order upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 2nd day of August, 2021.

                                                                                     /s/ Susan O. Hickey
                                                                                     Susan O. Hickey
                                                                                     Chief United States District Judge